[No. 3737-1.   Division One.   February 7, 1977.]

RUSSELL T. VINT, JR., ET AL, *Respondents*, v. W. O. BYRD, ET AL, *Appellants*.

Certiorari to review a judgment of the Superior Court for Snohomish County, No. 122862, Thomas G. McCrea, J., entered April 4, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and Williams, J.

[No. 3908-1.   Division One.   February 7, 1977.]

HOUSING AUTHORITY OF THE CITY OF SEATTLE, *Respondent*, v. JACK STEINBERG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 787437, Frank J. Eberharter, J., entered May 27, 1975. *Affirmed in part and remanded* by unpublished opinion per Farris, C.J., concurred in by Swanson and Andersen, JJ.

[No. 4040-1.   Division One.   February 7, 1977.]

ELAINE SUNDERLAND, *Appellant*, v. JOHN ARTHUR KLASELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 790097, Edward E. Henry, J., entered July 18, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4257-1.   Division One.   February 7, 1977.]

RICHARD WESTBY, *Respondent*, v. FIAT DISTRIBUTORS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 793261, Frank H. Roberts, Jr., J., entered October 10, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Callow, JJ.